

# THE THIRTEENTH COURT OF APPEALS

13-19-00004-CV

Zhaohui Wang
v.
Xueqiu Sun

On Appeal from the
County Court at Law of Kleberg County, Texas
Trial Cause No. 18-124-C

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against appellant, Zhaohui Wang.

We further order this decision certified below for observance.

February 21, 2019